**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Gregory Daniel BACKEY,**
**Defendant–Appellant.**

**No. 06–14326**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

April 10, 2007.

Peggy Morris Ronca Jacksonville, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Roland Falcon, counsel for Gregory Daniel Backey, in this direct criminal appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Backey's conviction and sentence is **AFFIRMED.**